UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Glen Ellyn Pharmacy, Inc.
                                   Plaintiff,

v.                                              Case No.: 1:16−cv−04929
                                                              Honorable John J. Tharp Jr.

Eurochoc Americas Corporation, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 23, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Upon the parties' joint agreement, the case is dismissed without prejudice and with leave to reinstate by 5/22/17. Absent a motion to reinstate on or before 5/22/17, the dismissal will convert to a dismissal with prejudice as to the claims of Plaintiff Glen Ellyn Pharmacy only; the dismissal as to any other person or putative class members will remain without prejudice. The pending motion to dismiss [32] is denied without prejudice as moot. All future dates and deadlines are stricken. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.